JS-6

1  **LAW OFFICES OF CARLIN & BUCHSBAUM LLP**
   GARY R. CARLIN (State Bar No. 44945)
2  gary@carlinbuchsbaum.com
   BRENT S. BUCHSBAUM (State Bar No. 194816)
3  brent@carlinbuchsbaum.com
   RONALD L. ZAMBRANO (State Bar No. 255613)
4  ronald@carlinbuchsbaum.com
   555 East Ocean Blvd., Suite 818
5  Long Beach, California 90802
   Telephone: (562) 432-8933
6
   Attorneys for Plaintiff
7  DOMINIC DIJAMCO

8
   LITTLER MENDELSON, APC
9  Heather M. Peck, Esq.
   hpeck@littler.com
10 2050 Main Street, Suite 900
   Irvine, California 92614
11
   Attorneys for Defendants
12 COMPANION HOME HEALTH CORP. et al.,

### UNITED STATES DISTRICT COURT

### CENTER DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DOMINIC DIJAMCO, | CASE NO. 8:12-cv-389 JST (ANx) |
| Plaintiff; | |
| vs. | [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1) |
| COMPANION HOME HEALTH CORPORATION, a California corporation; COMPANION HOME HEALTH INC., a California corporation; COMPANION HOME HEALTH AND HOSPICE CORPORATION; a California corporation; COMPANION HOSPICE CARE, LLC, a California corporation; and DOES 1 through 10, inclusive; | |
| Defendants. | |

1
2    On Stipulation of counsel,

3 **GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ABOVE MATTER, IN ITS ENTIRETY, IS DISMISSED WITH PREJUDICE.**

4 **IT IS SO ORDERED.**

5

6 Dated: June __28__, 2012

7

8                             JOSEPHINE STATON TUCKER
                            United States District Court Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER