**LAW OFFICES OF CARLIN & BUCHSBAUM LLP**
GARY R. CARLIN (State Bar No. 44945)
gary@carlinbuchsbaum.com
BRENT S. BUCHSBAUM (State Bar No. 194816)
brent@carlinbuchsbaum.com
RONALD L. ZAMBRANO (State Bar No. 255613)
ronald@carlinbuchsbaum.com
555 East Ocean Blvd., Suite 818
Long Beach, California 90802
Telephone: (562) 432-8933

Attorneys for Plaintiff
DOMINIC DIJAMCO

LITTLER MENDELSON, APC
Heather M. Peck, Esq.
hpeck@littler.com
2050 Main Street, Suite 900
Irvine, California 92614

Attorneys for Defendants
COMPANION HOME HEALTH CORP. et al.,

JS-6

# UNITED STATES DISTRICT COURT

## CENTER DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DOMINIC DIJAMCO, | CASE NO. 8:~~11~~ 12-cv-389 JST (ANx) |
| Plaintiff; | |
| vs. | [~~PROPOSED~~] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1) |
| COMPANION HOME HEALTH CORPORATION, a California corporation; COMPANION HOME HEALTH INC., a California corporation; COMPANION HOME HEALTH AND HOSPICE CORPORATION; a California corporation; COMPANION HOSPICE CARE, LLC, a California corporation; and DOES 1 through 10, inclusive; | |
| Defendants. | |

[PROPOSED] ORDER

Case 8:12-cv-00389-JLS-AN   Document 16   Filed 06/28/12   Page 2 of 2   Page ID #:120

1

2        On Stipulation of counsel,

3     **GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE
      ABOVE MATTER, IN ITS ENTIRETY, IS DISMISSED WITH PREJUDICE.**

4        **IT IS SO ORDERED.**

5

6  Dated:   June __28___, 2012

7

8                              JOSEPHINE STATON TUCKER
                               United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER